# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KALONNIE S. FERGUSON  
2605 JOHN WEST RD #14102  SSN-xxx-xx-8994  
DALLAS, TX  75228

Case Number: 06-72374

Case filed on: 12/15/2006  
Plan Confirmed on: 4/6/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,674.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 904.08 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 904.08 | 0.00 |
| 999 | KALONNIE S. FERGUSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WELLS FARGO FINANCIAL ILLINOIS INC | 10,000.00 | 10,000.00 | 967.20 | 638.68 |
|  | Total Secured | 10,000.00 | 10,000.00 | 967.20 | 638.68 |
| 001 | WELLS FARGO FINANCIAL ILLINOIS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ASSET ACCEPTANCE CORP | 994.52 | 994.52 | 0.00 | 0.00 |
| 003 | COLLECTECH SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | PREMIER BANKCARD/CHARTER | 401.85 | 401.85 | 0.00 | 0.00 |
| 005 | MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | TODD BREMER & LAWSON INC | 2,113.31 | 2,113.31 | 0.00 | 0.00 |
| 008 | WANDA FERGUSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PARAGON WAY INC | 689.00 | 689.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,198.68 | 4,198.68 | 0.00 | 0.00 |
|  | Grand Total: | 16,398.68 | 16,398.68 | 1,871.28 | 638.68 |

Total Paid Claimant:  $2,509.96  
Trustee Allowance:  $164.04  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan